TDCJ Offender Details     83,07301     Page 1 of 2

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |
|---|

| | |
|---|---|
| **SID Number:** | 03978140 |
| **TDCJ Number:** | 00634626 |
| **Name:** | FISHER,GERRY LOUIS |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1960-03-16 |
| **Maximum Sentence Date:** | 2037-01-07 |
| **Current Facility:** | COFFIELD |
| **Projected Release Date:** | 2023-01-23 |
| **Parole Eligibility Date:** | 2015-08-15 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

### SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1991-09-12 | DEL C/S COCAINE | 1992-05-22 | MONTGOMERY | 91-12-01438-CR | 35-00-00 |
| | | | | | |